**Docket & File**

**MINUTE ENTRY**

JOAN M. AZRACK, USMJ                    DATE: 7/12/11

DOCKET: _09 CV-2846_____ ( SLT )   CASE: <u>BEDESSEE IMPORTS v. REBP. OF GUYANA,</u> <u>ET. AL.</u>

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____

Oral motion for _____ by _____

☒ TELEPHONE                ☐ IN-PERSON

<u>CIVIL CAUSE FOR:</u>

☐ INITIAL CONF.    ☒ STATUS CONF.    ☐ SETTLEMENT CONF.    ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court: ☐ 15    ☒ 30    ☐ 45    ☐ 60    ☐ Other: _____

FOR PLAINTIFF:    Sam Friedman

FOR DEFENDANT:    Andrew Schwartz (Rep. of Guyana)
                  Charles Whittier (Dave West Indian)

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

Def. to renew request for
disp. mot. by 8/19/11

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*

☐ Next conference on _____    ☐ Telephone    ☐ In-Person

☐ Pre-Trial Order by _____